USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                    :

ROYAL PARK INVESTMENTS SA/NV          :
*Individually and on Behalf of All Others Similarly Situated,* :
                                                    :                   1:14-cv-06502-GHW
                                   Plaintiff,      :
                                                      :                   <u>ORDER</u>
                                                      :
                             -v -                              :
                                                      :
THE BANK OF NEW YORK MELLON            :
*as Trustee*,                                            :
                                                      :
                                    Defendant.    :
                                                      :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On November 18, 2019, the Court entered an order denying Royal Park's motion for sampling-related expert discovery. Dkt. No. 200. In accordance with its March 14, 2019 order, the Court now adopts the following schedule for the completion of discovery:

    Third-party written fact discovery shall be completed no later than February 18, 2020. Third-party depositions shall be completed no later than March 17, 2020.

    The parties shall exchange their initial expert reports no later than April 16, 2020 and their rebuttal expert reports no later than June 1, 2020. All expert discovery shall be completed no later than June 30, 2020.

    The Court expects to hold a pre-motion conference regarding any proposed motions for summary judgment after the close of expert discovery. At that time, the Court will set briefing schedules for any proposed summary judgment and *Daubert* motions. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2) and the Court's Individual Rule 2(C), any motion for summary judgment will

be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within two weeks after the close of discovery.

SO ORDERED.

Dated: November 18, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge