USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE BANK OF NEW YORK MELLON, as Trustee,<br><br>　　　　　　　　　Defendant. | : : : : : : : : : : : : : : | Civil Action No. 14-cv-06502-GHW<br><br>ORDER APPROVING (1) DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND (2) NOTICE OF DISMISSAL TO CURRENT HOLDERS |

Having reviewed the parties' Renewed Joint Motion for Approval to Dismiss All Claims (the "Motion"), the Court grants the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED and:

1. The form of the proposed notice of dismissal to current noteholders in the Trusts, attached as Exhibit A to the Declaration of Arthur C. Leahy in support of the Motion (the "Notice") is approved;

2. Within ten calendar days of this Order or a longer period as agreed to by the parties, except as to those trusts that have terminated pursuant to the trusts' governing agreements, The Bank of New York Mellon shall post the Notice to the trust investor reporting website, as to those trusts for which The Bank of New York Mellon administers the website, or send the Notice to the person or entity that administers the trust investor reporting website and request that the Notice be posted, as to those trusts for which The Bank of New York Mellon does not administer the website; and

3. The parties shall file a Stipulation of Dismissal attesting to the posting of the Notice and, if applicable, the absence of a substitute derivative plaintiff not less than 40 calendar days after the date of this Order.

**SO ORDERED**:

Dated:  June 6, 2020

_____
The Honorable Gregory H. Woods
United States District Judge