USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON, as Trustee,<br><br>                Defendant. | **MEMORANDUM ENDORSED**<br><br>1:14-cv-06502-GHW |

### STIPULATION OF DISMISSAL

WHEREAS on June 5, 2020, the parties submitted their Renewed Joint Motion for Approval to Dismiss All Claims (Dkt. No. 205) (the "Renewed Motion");

WHEREAS on June 8, 2020, the Court granted the Renewed Motion in the Order Approving (1) Dismissal of Plaintiff's Claims with Prejudice and (2) Notice of Dismissal to Current Holders (Dkt. No. 209) (the "Order");

WHEREAS in the Order, the Court directed that, within ten calendar days of the Order or a longer period as agreed to by the parties, The Bank of New York Mellon ("BNY Mellon") shall post the Notice to the trust investor reporting website, as to those trusts for which BNY Mellon administers the website, or send the Notice to the person or entity that administers the trust investor reporting website and request that the Notice be posted, as to those trusts for which BNY Mellon does not administer the website;

WHEREAS in the Order, the Court directed that the parties shall file a Stipulation of Dismissal attesting to the posting of the Notice and, if applicable, the absence of a substitute derivative plaintiff not less than 40 calendar days after the date of the Order;

WHEREAS the parties attest to the posting of the Notice on July 7, 2020 for a period of 30 days in accordance with the Court's Order; and

WHEREAS during the 30 day period from the posting of the Notice on July 7, 2020, and during the 59 day period from the date of the Order, no substitute derivative plaintiff has appeared in this litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that the above-captioned action (the "Action") be hereby dismissed with prejudice, as to all parties pursuant to Rules 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure. No party shall seek from the other party recovery of its costs or attorneys' fees.

Pursuant to the Order, the Action is hereby dismissed with prejudice.

Dated: August 7, 2020

Respectfully submitted,

| ROBBINS GELLER RUDMAN & DOWD LLP | MAYER BROWN LLP |
|---|---|
| _____ | _____ |
| CHRISTOPHER M. WOOD | MATTHEW D. INGBER |
| Christopher M. Wood<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Tel: (800) 449 4900 | Matthew D. Ingber<br>Christopher J. Houpt<br>Jennifer M. Rosa<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 506-2500 |
| Arthur C. Leahy<br>Steven W. Pepich<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: (619) 231-1058 | |
| *Attorneys for Plaintiff Royal Park Investments SA/NV* | *Attorneys for Defendant The Bank of New York Mellon* |

The parties have stipulated to the dismissal of this action. The Court approved the parties' dismissal of this action, subject to certain conditions, on June 8, 2020. Dkt. No. 209. Those conditions have now been satisfied. The Clerk of Court is directed to close the case.
SO ORDERED.

Dated: August 11, 2020

_____
GREGORY H. WOODS
United States District Judge